JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CONSUELO CATALAN SAMANO,

    Petitioner,

    v.

FERETI SEMAIA, ETC., ET AL.,

    Respondents.

No. ED CV 26-2773-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that Respondents are ordered to release Petitioner (A 75-763-097) from detention immediately, subject to reasonable conditions.

DATED: June 3, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE